No. 10–6127. PATEL *v.* TESTPAK, INC. Super. Ct. N. J., App. Div. Certiorari denied.

No. 10–6132. SMITH *v.* PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 10–6134. DUHALL *v.* LENNAR FAMILY OF BUILDERS. C. A. 10th Cir. Certiorari denied.

No. 10–6136. DEROVEN *v.* THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 10–6138. HARRIS *v.* MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 10–6141. XIAO HAN *v.* CALIFORNIA. Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 10–6143. HALL *v.* VARANO, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT COAL TOWNSHIP, ET AL. C. A. 3d Cir. Certiorari denied.

No. 10–6144. HARRIS *v.* FLORIDA. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 10–6148. GOWAN *v.* THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 10–6149. IRVIN *v.* CITY OF CLARKSVILLE POLICE DEPARTMENT ET AL. C. A. 6th Cir. Certiorari denied.

No. 10–6153. HENDERSHOTT *v.* PREMO, SUPERINTENDENT, OREGON STATE PENITENTIARY. C. A. 9th Cir. Certiorari denied.

No. 10–6156. HOLMES *v.* BROWN, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 10–6158. PHILLIPS *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 10–6159. ATKINS *v.* HERNDON, WARDEN. C. A. 9th Cir. Certiorari denied.